UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL TAYLOR on his own behalf and others
similarly situated,

                 Plaintiff,

-vs-                                                    Case No. 2:09-cv-50-FtM-29SPC

ADVANCED QUALITY TRANSPORTATION
SERVICE, INC. d/b/a Advanced Quality Transport
Service,

                 Defendant.
_____

**ORDER**

This matter comes before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. #30) filed on March 3, 2010. The parties represent that an agreement has been reached regarding the Plaintiff's claims and seek the Court's approval of the settlement. However, the parties state that no agreement has been reached with regard to attorneys fees.

The Court recognizes the ruling in Bonetti v. Embarq. Mgmt. Co., 2009 WL 2371407 (M.D. Fla. Aug. 2009)[1]. Since Counsel has indicated that the parties have not resolved the issue of attorney's fees, Counsel is required to submit detailed copies of billing records for the Court to review with the settlement agreement.

---

[1] The Bonetti Court held if the Plaintiff's recovery and attorney's fees were settled independently of the Plaintiff's claims, there would be no need to file the attorney's billing records unless the fees were out of line compared with the settlement agreement. Thus, the award of attorney's fees and costs would no longer require approval using the lodestar approach. See Order Doc. # 27.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Counsel shall have up to and including **MARCH 11, 2010,** to submit their detailed billing records for the Court's review. The Defendants shall have up to and including **March 18, 2010** to file any objections.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record